UST-6   5/01

DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ  85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| CLARK, DARRYL W. | ) No. 09-26692-PHX-CGC |
| CLARK, LISA M. | ) |
| | ) NOTICE OF TRUSTEE'S SALE |
| | ) |
| Debtor(s) | ) |

NOTICE IS GIVEN that property belonging to the estate of the above-named debtor(s) will be sold to the person making the highest and best offer on 2/26/10 at  8:30 o'clock, a.m. at US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 101, PHOENIX, AZ 85003.

Property to be sold: Estate's interest in real property located at 13823 W Country Gables, Dr., Surprise, AZ
Terms of Sale: Sale is "as is, where is."  Trustee makes no warranties or representations.

To: Willaim Reeser
Address: breeser55@aol.com
Purchase price: $500.00 (subject to existing mortgage balance)

or any person making a higher and better offer.

The sale will not be free and clear of all liens. The property is subject to liens or interests.  Bidders are advised to conduct their own due diligence. The property may be viewed at the following place and time: Contact trustee at 480-451-3053

There is not an appraisal of the property.

Any person opposing the sale shall file a written objections on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 101, PHOENIX, AZ 85003 and mailed to the trustee, DIANE M. MANN, at the following address: 29834 N. CAVE CREEK RD., #118-274, CAVE CREEK, AZ  85331.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure followed.  The closing of the sale will be dependent upon the outcome of the Court hearing on the objection.


February 4, 2010                              /s/
DATE                                          DIANE M. MANN, Trustee